**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No. 25-cv-01042 (JEB)**

**JOHN DOE,**

  Plaintiff,

v.

**PETE R. FLORES, et al.,**

  Defendants.

---

## [PROPOSED] ORDER TO SHOW CAUSE

Having been fully apprised of the premises and the allegations set forth in Plaintiff's filings, the Court makes the following findings for purposes of this preliminary Order:

1.  The condition of **"good Behaviour"** under Article III, § 1 of the United States Constitution is a **continuing requirement** for judicial office, not a guarantee of life tenure irrespective of conduct.
2.  Federal judges are placed on notice of the limits of their lawful authority in the **judicial oath**, 28 U.S.C. § 453, which mandates the impartial and faithful administration of justice.
3.  The **judicial Power** of the United States, as established in Article III, § 1, must be exercised in cases arising under the Constitution and the **Law of the Land** as defined in Article VI, clause 2.
4.  Article III judges may not lawfully accept benefits, emoluments, or engage in conduct that conflicts with the obligations of public trust.
5.  The **appellate jurisdiction** of the Supreme Court is subject to regulation and exception by Congress. U.S. Const. art. III, § 2, cl. 2.
6.  Statutory restrictions enacted pursuant to Congress's Article I authority, such as 28 U.S.C. § 455, are binding on all federal judges.
7.  The judicial oath, codified at 28 U.S.C. § 453, establishes a fiduciary obligation to administer justice "**without respect to persons**" and in accordance with law.

The Court further recognizes:

a. Article III judges are agents of the United States and remain subject to constraints imposed by the Constitution and federal law. See *Restatement (Third) of Agency* § 1.01 (2006).

b. These judges owe **fiduciary duties of loyalty, care, and obedience**, and must avoid self-dealing and conflicts of interest. *Id.* § 8.01.

c. As good-behavior tenure is a **condition precedent and ongoing requirement**, a judge who violates that standard may be removed.



**RECEIVED**

JUN 13 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

d. The judicial Power "is fundamentally the power to decide cases in accordance with law." *Gamble v. United States*, 587 U.S. 678, 139 S. Ct. 1960, 1982 (2019) (Thomas, J., concurring).

e. At common law, in the absence of another enforcing authority, the **citizen may bring a claim to vindicate constitutional boundaries**, including those related to judicial tenure.

f. The citizen's prerogative to enforce the law and preserve constitutional order has deep historical roots in both Anglo-American and republican traditions.

The Court preliminarily finds that Plaintiff has stated a **prima facie case** that Defendants **John G. Roberts, Jr., Clarence Thomas, Brett M. Kavanaugh, Neil M. Gorsuch, Amy C. Barrett, and Samuel A. Alito, Jr.** have engaged in conduct inconsistent with the condition of good Behaviour, including but not limited to:

- **Social Security Administration v. American Federation of State County Municipal Employees**, No. 24A1063, 605 U.S. ____ (2025): a procedurally premature and substantively partisan decision.
- **Dobbs v. Jackson Women's Health Organization**, 597 U.S. 215 (2022): imposing sectarian religious views in contravention of constitutional guarantees and stated jurisprudential principles.
- **Trump v. United States**, 603 U.S. 593 (2024): awarding sweeping criminal immunity to a political patron, contrary to constitutional text, history, precedent, and prior sworn assurances.

Accordingly, it is hereby:

## ORDERED:

That **Defendants John G. Roberts, Jr., Clarence Thomas, Brett M. Kavanaugh, Neil M. Gorsuch, Amy C. Barrett, and Samuel A. Alito, Jr.**, shall, on or before **[insert date]**, **SHOW CAUSE in writing** why this Court should not:

1. Declare that Defendants have **forfeited their Article III commissions** for conduct inconsistent with the condition of good Behaviour;
2. Refer the matter to an **independent body or Special Master** to develop a factual record and propose constitutionally appropriate remedies, consistent with due process;
3. Order such further relief as this Court deems just and proper, including **suspension of judicial authority pending trial on the merits**.

SO ORDERED.

Dated: [_____]

_____

**JAMES E. BOASBERG**
United States District Judge