**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Case No. 25-cv-01042 (CJN)**

K.L. SMITH,

                Plaintiff,

v.

PETE R. FLORES, et al.,

                Defendants.

---

### FIRST SUPPLEMENT TO NOTICE OF SERVICE OF PROCESS

---

    Plaintiff hereby apprises the Court that all service by mail has been complete, except for the attempt to serve Elon Musk.  See Exhibit A.  A second attempt will be made using an alternative address, and if that fails, Plaintiff will ask the Court to approve service via publication on X.

    The green return of service cards tend to trickle in slowly; Plaintiff will update progress on a more-or-less weekly basis.

Respectfully submitted this 24th day of July, 2025,



_____
K.L. Smith
3649 Evergreen Pkwy. #504
Evergreen, CO. 80437-0504
Manncoulter.fox@gmail.com
(720) 404-5383



**<span style="color:red">RECEIVED</span>**

<span style="color:red">JUL 24 2025</span>

<span style="color:red">Clerk, U.S. District & Bankruptcy
Court for the District of Columbia</span>

# EXHIBIT A

**Tracking Number:**

## ER202538107US

⬚ Copy   ✗ Add to Informed Delivery

Remove ✕

**Scheduled Delivery by**

**FRIDAY**

**18** July 2025 ⓘ | by **6:00pm** ⓘ

Your item was picked up at the post office at 11:36 am on July 18, 2025 in WASHINGTON, DC 20543 by SUPREME COURT 20543. The item was signed for by S ROBINSON.

✔ **Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20543
July 18, 2025, 11:36 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

## ER202538274US

⬚ Copy   ✗ Add to Informed Delivery

Remove ✕

**Scheduled Delivery by**

**FRIDAY**

**18** July 2025 ⓘ | by **6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 5:02 am on July 21, 2025 in WASHINGTON, DC 20530 to JUSTICE 20530. The item was signed for by A OWENS.

✔ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
July 21, 2025, 5:02 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

## ER202538291US

⬚ Copy   ✗ Add to Informed Delivery

Remove ✕

**Scheduled Delivery by**

**FRIDAY**

**18** July 2025 ⓘ | by **6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 5:02 am on July 21, 2025 in WASHINGTON, DC 20530 to JUSTICE 20530. The item was signed for by A OWENS.

**Get More Out of USPS Tracking:**
⬚ USPS Tracking Plus®

✔ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
July 21, 2025, 5:02 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**