**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

K.L. SMITH,

       *Plaintiff*,

    v.

PETE R. FLORES, et al.,

       *Defendants*.

Civil Action No. 25-cv-1042 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 42, is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint, ECF No. 20, is **DISMISSED** without prejudice; and it is further

**ORDERED** that all other pending motions are **DENIED AS MOOT**.

This is a final and appealable Order.

The Clerk of Court is directed to terminate this case.

DATE:  January 22, 2026

CARL J. NICHOLS
United States District Judge